PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

V.                                        Crim. No. 06-382

David D. Sward

On August 7, 2008, the above named was placed on probation for a period of 3 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

U.S. Probation Officer  
Dana Hafner

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _28_ Day of _August_, 2009

Senior United States District Judge